**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAULETTE SMITH, individually and as Successor in Interest to Albert Dorsey, deceased, | No. 20-56254 |
| *Plaintiff-Appellee*, | D.C. No. 2:19-cv-05370-CAS-JC |
| v. | ORDER |
| EDWARD AGDEPPA, an individual, | |
| *Defendant-Appellant*, | |
| and | |
| CITY OF LOS ANGELES, a municipal entity; DOES, 1 through 10, | |
| *Defendants*. | |

Filed March 1, 2024

Before: Consuelo M. Callahan, Morgan Christen, and Daniel A. Bress, Circuit Judges.

Order

**ORDER**

Judge Callahan and Judge Bress voted to deny the petition for rehearing en banc. Judge Christen voted to grant the petition for rehearing en banc. The full court was advised of the petition for rehearing en banc. A judge requested a vote on whether to rehear the matter en banc. The matter failed to receive a majority of the votes of the nonrecused active judges in favor of en banc consideration. Fed. R. App. P. 35(a). Appellee's petition for rehearing en banc, Dkt. 65, is DENIED.